# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER M. STONE,

                Plaintiff,

  v.

BETTY LORRAINE FREITAS.,

                Defendants.

_____/

**CASE NO. 1:14-cv-01267---SKO**

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

**(Doc. 2)**

     Plaintiff Christopher M. Stone ("Plaintiff") filed a complaint on July 21, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.  Plaintiff's complaint will be screened pursuant to 28 U.S.C. §1915 in due course.

IT IS SO ORDERED.

  Dated:   **August 22, 2014**          **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE