# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. STONE,<br><br>Plaintiff,<br><br>v.<br><br>BETTY LORRAINE FREITAS,<br><br>Defendants.<br>_____ / | Case No. 1:14-cv-01267-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE FOR FAILING TO STATE A COGNIZABLE § 1983 CLAIM**<br><br>(Doc. 7) |

Plaintiff Christopher Stone ("Plaintiff"), proceeding pro se and *in forma pauperis*, filed this action on August 12, 2014, against Defendant Betty Lorraine Freitas ("Defendant"). (Doc. 1.)

On November 10, 2014, the Magistrate Judge issued Findings and Recommendations that this action be dismissed without leave to amend, for failure to state a cognizable section 1983 claim. (Doc. 7.) Plaintiff was granted twenty-eight days in which to file objections to the findings and recommendations. (Doc. 7.) Plaintiff moved for an extension of time to file objections to the findings and recommendations, and the Court granted Plaintiff an additional fourteen days in which to file objections to the findings and recommendations. (Doc. 10.) No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings

and Recommendations to be supported by the record and proper analysis.

   Accordingly, THE COURT HEREBY ORDERS that:

   1. The Findings and Recommendations issued by the Magistrate Judge on November 10, 2014, are ADOPTED IN FULL;

   2. This action is DISMISSED;

   3. The Clerk of Court is directed to administratively close this case.

   This terminates the action in its entirety.

**SO ORDERED**
**Dated: January 29, 2015**

             **/s/ Lawrence J. O'Neill**
             **United States District Judge**